STEVEN G. KALAR
Federal Public Defender
*Hansen*
Assistant Federal Public Defender
1301 Clay Street, Suite 1350N
Oakland, CA 94612
Telephone: (510) 637-3500

Counsel for Defendant **Cook**

**FILED**

APR 26 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR- (14 - CR - 214 EDCA) 4 - 19 - 70630 mag |
| Plaintiff, | Assertion of Fifth and Sixth Amendments Rights |
| vs. | |
| Tiandre Cook, | |
| Defendant. | |

I, the above named defendant, hereby assert my Fifth and Sixth Amendment rights to remain silent and to have counsel present at any and all of my interactions with the government or others acting on the government's behalf. I do not wish to, and will not, waive any of my constitutional rights except in the presence of counsel. I do not want the government or others acting on the government's behalf to question me, or to contact me seeking my wavier of any rights, unless my counsel is present.

_____
Defendant

Date 4/26/19   Time 9:37am

_____
Assistant Federal Public Defender

Date 4/26/19   Time 9:37am

Assertion of Fifth and Sixth Amendment Rights